**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JORGE FELIX GONZALES-ACOSTA,

       Plaintiff,

vs.                                                                                    No. 1:17-cv-00674-JCH-KK

BRISTOL WEST INSURANCE COMPANY,

       Defendant.

## JOINT MOTION TO DISMISS

COME NOW the Plaintiff Jorge Felix Gonzales-Acosta and Defendant Bristol West Insurance Company, in the above-styled matter, by and through their attorneys of record, and pursuant to Rule 41(A)(2) of the Federal Rules of Civil Procedure, jointly move the Court to enter its Order dismissing the Plaintiff's claims against the Defendant with prejudice.

As grounds therefor, the parties state that all controversies and issues among them have been settled and compromised to their mutual satisfaction.

WHEREFORE, the parties respectfully request that the Court enter its Order dismissing Plaintiff's Complaint and all claims and causes of action therein and any other claim which could have been brought against Defendant, with prejudice.

                                                                           BUTT THORNTON & BAEHR PC

                                                                           /s/ *James H. Johansen*
                                                                           James H. Johansen
                                                                           Amy E. Headrick
                                                                           Attorneys for Defendant
                                                                            Bristol West Insurance Company
                                                                           P.O. Box 3170
                                                                           Albuquerque, NM  87190-3170
                                                                           (505) 884-0777
                                                                           jhjohansen@btblaw.com
                                                                           aeheadrick@btblaw.com

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  &

&

/s/ *Approved via email 9/12/17:*
Anthony James Ayala
*Attorney for Plaintiff*
601 Parkside Place SE
Albuquerque, NM  87123
(505) 344-0401
nmlawyerayala@gmail.com

I HEREBY CERTIFY that on the 15th day of September, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Anthony J. Ayala
nmlawyerayala@gmail.com


/s/ *James H. Johansen*
James H. Johansen