# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JORGE FELIX GONZALES-ACOSTA,

      Plaintiff,

vs.                                                    No. 1:17-cv-00674-JCH-KK

BRISTOL WEST INSURANCE COMPANY,

      Defendant.

## STIPULATED ORDER OF DISMISSAL

     THIS MATTER having come before the Court on the Joint Motion to Dismiss of the Plaintiff Jorge Felix Gonzales-Acosta, and Defendant Bristol West Insurance Company, to dismiss Plaintiff's Complaint with prejudice pursuant to Rule 41(A)(2) of the Federal Rules of Civil Procedure, the Court having reviewed said Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken.

     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and all claims and causes which could have been brought are hereby dismissed with prejudice. All parties shall bear their own costs.

                                          _____
                                          THE HONORABLE JUDITH C. HERRERA
                                          UNITED STATES DISTRICT JUDGE

APPROVED:


*/s/ James H. Johansen*
James H. Johansen
Amy E. Headrick
Butt Thornton & Baehr PC
Attorneys for Defendant
P.O. Box 3170
Albuquerque, NM  87190-3170
Telephone:  (505) 884-0777
jhjohansen@btblaw.com
aeheadrick@btblaw.com


 /s/ *Approved via email on 9/12/2017 by:*
Anthony J. Ayala
Anthony J. Ayala PA
Attorneys for Plaintiff
601 Parkside Pl. SE
Albuquerque, NM 87123-3275
Telephone:  (505) 344-0401
nmlawyerayala@gmail.com